# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
       Plaintiff,

-vs-

                          CASE NO. 23-CR-418

                          Hon. Richard J. Leon

LAWRENCE BILLITER,

       Defendant.
_____/

## **DEFENDANT'S MOTION TO ADJOURN**

Defendant Lawerence Billiter moves this Court to adjourn his December 2, 2024, trial for approximately 90 days. This request is based on the pending change in the administration of the executive branch and potential changes in the way this class of cases are being prosecuted.

                                                Respectfully Submitted,

                                                /s/ James R. Gerometta
                                                Law Office of James Gerometta, PLLC
                                                27 E. Flint St.
                                                Suite 2
                                                Lake Orion, MI 48362
                                                (313) 530-9505
                                                james@geromettalaw.com

Dated: November 8, 2024

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

CASE NO.  23-CR-418

Hon. Richard J. Leon

LAWRENCE BILLITER,

    Defendant.
_____/

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO ADJOURN**

I.

FACTS

Lawrence Billiter was present at the Capitol on January 6, 2021. Mr. Billiter was first contacted by the FBI regarding these events on April 7, 2021, and interviewed on April 24, 2021. He was charged in federal criminal complaint on November 8, 2023. On November 29, 2023, a grand jury returned a 10-count indictment. Mr. Billiter is scheduled to begin trial on December 2, 2024.

On November 5, 2024, Donald Trump was elected to serve as the 47th President of the United States. He assumes that office on January 20, 2025.

President-elect Trump has repeatedly vowed to pardon January 6 defendants. As early as September 2022, in an interview with broadcaster Wendy Bell, former President Trump said — if he becomes president again — he would issue full pardons to rioters

2

involved in the January 6, 2021, protests at the U.S. Capitol. "We'll be looking very, very seriously at full pardons because we can't let that happen[.]" During an interview with Time Magazine in April of this year, Trump said he would "absolutely" consider pardoning every January 6 defendant. Later, in July while at the National Association of Black Journalists' conference in Chicago, Trump was asked if he would pardon rioters. His response: "Oh, absolutely I would." As recently as this September, Trump said during a rally in Wisconsin that he planned to "rapidly review the cases. . .."

II.

ARGUMENT

This case is scheduled for trial on December 2, 2024, about seven weeks before the inauguration. This trial will consume judicial and CJA resources. Counsel for Mr. Billiter was appointed while at the Federal Community Defender Office in Detroit, Michigan. Counsel has since left that office but agreed to continue the case as a CJA panel attorney. It will be necessary to pay legal fees and travel expenses for the trial.

This expenditure of money and time may be an unnecessary waste if Mr. Billiter is pardoned shortly after trial. It has been almost four years since the events of January 6, 2021. Mr. Billiter has been in the community that entire time. For the last year he has been on bond. His bond compliance has been flawless, and he has no criminal history. An adjourned for three months does not jeopardize public safety and is in the interest of justice.

III.

CONLUSION

For the above stated reasons, this Court should adjourn the trial date in this case by 90 days.

Respectfully Submitted,

/s/ James R. Gerometta
Law Office of James Gerometta, PLLC
27 E. Flint St.
Suite 2
Lake Orion, MI 48362
(313) 530-9505
james@geromettalaw.com

Dated: November 8, 2024