UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 1:23-cr-00418 (RJL) |
| v. | : | |
| | : | |
| LAWRENCE BILLITER, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO ADJOURN TRIAL

The Government respectfully submits this opposition to defendant Lawrence Billiter's motion to adjourn the trial scheduled for December 2, 2024. ECF No. 28. The parties have already engaged in all pre-trial procedures, including exchanging exhibits and exhibit lists, filing motions *in limine* (ECF Nos. 25 and 26), agreeing to stipulations, drafting the statement of case (ECF No. 27), and preparing for the pre-trial conference scheduled for November 13, 2024. The defendant now moves to adjourn on the grounds that he may be pardoned. ECF No. 28 at 2-3.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that an adjournment is warranted here, and the Court should proceed as it would in any other prosecution. Numerous other courts in this district have declined identical requests. *See, e.g.*, *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024 Minute Order ("Defendant's speculation that he may receive a pardon is not good cause to stay this matter"); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order

(denying motion to continue sentencing hearing based on claim of potential clemency). This Court should similarly deny the defendant's Motion to Adjourn.

Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ Carolyn Jackson
        CAROLYN JACKSON
        Assistant United States Attorney
        D.C. Bar No. 1644971
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-7078
        Email: Carolyn.Jackson@usdoj.gov

        KYLE R. MIRABELLI
        N.Y. Bar No. 5663166
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20579
        Tel. No. (202) 252-7884
        Email: Kyle.Mirabelli@usdoj.gov