**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 23-cr-418 (RJL) |
| **LAWRENCE SILAS BILLITER** | : |
| Defendant. | : |

### ORDER

Pursuant to the motion filed by the United States, ECF 37, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE RICHARD J. LEON
United States District Court Judge